# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>                  Plaintiff,<br><br>   v.<br><br>XILINX, INC.,<br><br>                  Defendant. | C.A. No. 1:20-cv-01229-CFC<br><br>Patent Case<br><br>Jury Trial Demanded |

## STIPULATION AND PROPOSED ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action shall be extended to November 9, 2020.

The reason for this extension is to allow Defendant additional time to investigate the allegations of the Complaint. The requested extension should not disrupt the schedule in this case, as a Rule 16 conference has not been scheduled in this matter.

| | |
|---|---|
| Dated: October 9, 2020 | DEVLIN LAW FIRM LLC<br><br>*/s/ James M. Lennon*<br>James M. Lennon (No. 4570)<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>Phone: (302) 449-9010<br>Fax: (302) 353-4251<br>jlennon@devlinlawfirm.com<br><br>*Attorneys for Plaintiff* |
| OF COUNSEL:<br><br>Isaac Rabicoff<br>RABICOFF LAW LLC<br>5680 King Centre Dr., Suite 645<br>Alexandria, VA 22315<br>(773) 669-4590<br>isaac@rabilaw.com | |

SO ORDERED this _____ day of _____, 2020.

_____
United States District Court Judge