# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU Investments, LLC d/b/a Brazos Licensing and Development, <br><br> Plaintiff, <br><br> v. <br><br> Xilinx, Inc., <br><br> Defendant. | C.A. No. 20-1229-CFC |

## **DEFENDANT XILINX, INC.'S PARTIAL MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Xilinx, Inc. ("Defendant") moves to dismiss the claims in the Complaint (D.I. 1) for induced and contributory infringement for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in Defendant's Opening Brief submitted herewith.

November 9, 2020

OF COUNSEL:

Hilda C. Galvan
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515

David B. Cochran
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114-1190

Thomas W. Ritchie

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Beth A. Swadley (No. 6331)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
bswadley@ycst.com

- 2 -

JONES DAY
77 West Wacker Dr.                    *Attorneys for Xilinx, Inc.*
Chicago, IL  60601-1692

# **CERTIFICATE OF SERVICE**

I, Anne Shea Gaza, hereby certify that on November 9, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> James M. Lennon, Esquire
> Devlin Law Firm LLC
> 1526 Gilpin Avenue
> Wilmington, DE 19806
> *jlennon@devlinlawfirm.com*
>
> *Attorneys for Plaintiff*

I further certify that on November 9, 2020, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel, and on the following:

> Isaac Rabicoff, Esquire
> Rabicoff Law Firm LLC
> 5680 King Centre Drive, Suite 645
> Alexandria, VA 22315
> *isaac@rabilaw.com*
>
> *Attorneys for Plaintiff*

27308804.1

2

| | |
|---|---|
| Dated: November 9, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ *Anne Shea Gaza*<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Beth A. Swadley (No. 6331)<br>Rodney Square<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>*agaza@ycst.com*<br>*rvrana@ycst.com*<br>*bswadley@ycst.com*<br><br>*Attorneys for Xilinx, Inc.* |

27308804.1

2