# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development,**<br><br>   Plaintiff,<br><br>  v.<br><br>**Xilinx, Inc.,**<br><br>   Defendant. | C.A. No. 20-1229-CFC |

## [PROPOSED] ORDER

The Court, having considered Xilinx, Inc.'s ("Xilinx") Partial Motion to Dismiss and the papers submitted in connection therewith,

HEREBY ORDERS THIS \_\_\_\_ DAY OF _____, 2020, that Xilinx's Partial Motion to Dismiss is GRANTED.

_____
The Honorable Colm F. Connolly
United States District Judge