# Exhibit 2

| US7068950B2 | Specification Support | Xilinx Zynq Ultrascale+ (The accused instrumentality) |
|---|---|---|
| **17pre.** A method of reducing misalignment between a carrier signal and a data signal, comprising the steps of: | FIG. 4 shows a transmission system 400 according to one embodiment of the present invention. System 400 comprises system 100 of FIG. 1 (already described above) and an alignment device 402. Device 402 is configured to generate feedback to modulator 108 of system 100 based on signal 104 **to maintain carrier signal 118 in alignment with the input data signal (i.e., signal 102).** [Col.3, Line 42-48] Analyzer 406 of system 400 may be implemented using | The accused instrumentality implements a method of reducing misalignment between a carrier signal and a data signal. Xilinx Zynq Ultrascale+ is a Multiprocessor SoC that provides high system-level performance-per-watt. Zynq Ultrascale+ device combines a high-performance ARM-based multicore, multiprocessing system with ASIC-class programmable logic and is capable of offloading critical applications, such as graphics and video pipelining, to dedicated processing blocks. See Fig. 1. |

# Exhibit 2

| | | |
|---|---|---|
| | **any suitable technology, e.g., as an ASIC** or as discrete circuit elements. Alignment device 402 may be adapted to align signals having different data rates (e.g., 10, 20, or 40 GBit/s) and to accept clock signals represented by different waveforms. [Col. 6, Line 32-37] As seen in FIG. 6, proper alignment corresponds to a relatively high **power level** (i.e., -80.5 dBm) in the 2-GHz band. Similarly, when clock signal 112 is delayed by about 270 or 370 ps, the power level is relatively low (i.e., -88.5 dBm) indicating that signals 102 and 118 are | **Citation 1: Zynq UltraScale+** **Industry's First Heterogeneous Multiprocessor SoC** Zynq® UltraScale+™ All Programmable MPSoCs provide up to 5X system-level performance-per-watt compared to the Zynq-7000 SoC family. Zynq UltraScale+ devices combine a high-performance ARM®-based multicore, multiprocessing system with ASIC-class programmable logic. Dual- and quad-core application processor equipped devices deliver maximum scalability, and are capable of offloading critical applications, such as graphics and video pipelining, to dedicated processing blocks, along with a full complement of integrated peripherals and connectivity cores suitable for next-generation systems. Fig. 1 Source: https://www.xilinx.com/support/documentation/product-briefs/zynq-ultrascale-plus-product-brief.pdf, Page 1, Last Accessed June 19, 2020, Exhibit A UltraScale+ introduces intermodulation onto the signals that it receives. Two or more signal frequencies are combined, and intermodulation distortion is created. These two or more signals can be both data and carrier signals. See Fig. 2. |

# Exhibit 2

| | | |
|---|---|---|
| | misaligned. **Therefore, to maintain signals 102 and 118 in alignment, power analyzer 500 may configure phase shifter 408 by way of control signal 416 to apply a time delay, e.g., of about 220 ps to clock signal 112**.<br><br>[Col.4, Line 49-58] | **Citation 2: Intermodulation Distortion**<br><br>Any complex signal contains components at several frequencies simultaneously. Nonlinearity in the converter's transfer function not only causes distortion of a pure tone, it causes two or more signal frequencies to interact and produce intermodulation products. When this happens, the result is called intermodulation distortion, or IM3.<br><br>Fig. 2<br><br>Source: https://www.xilinx.com/support/documentation/white_papers/wp509-rfsampling-data-converters.pdf, Page 11, Last Accessed June 19, 2020, Exhibit C<br><br>Zynq Ultrascale+ uses data modulation to assess the misalignment of the data and carrier signals. Adjacent Channel Leakage Ratio (ACLR) is used to depict the power emitted or leaked into adjacent channels of the communication system. See Fig. 3. |

# Exhibit 2

| | | |
|---|---|---|
| | | **Citation 3: ACLR Graph**  Fig. 3<br><br>Source: https://www.xilinx.com/support/documentation/white_papers/wp509-rfsampling-data-converters.pdf, Page 16, Last Accessed on June 19, 2020, Exhibit C |

# Exhibit 2

| | | |
|---|---|---|
| | | Once the misalignment has been assessed, the multi-mode clock manager (MMCM) within the Ultrascale+ will attempt to reduce it through phase shifting, which enables synthesis capabilities. See Fig. 4.<br><br>**Citation 4: MMCM Phase Shift**<br><br>MMCMs have infinite fine phase shift capability in either direction and can be used in dynamic phase shift mode. MMCMs also have a fractional counter in either the feedback path or in one output path, enabling further granularity of frequency synthesis capabilities.<br><br>Fig. 4<br><br>Source: https://www.xilinx.com/support/documentation/user_guides/ug572-ultrascale-clocking.pdf, Page 8, Last Accessed on June 19, 2020, Exhibit B |
| **1a.** analyzing spectral power of a data-modulated signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the data-modulated signal; and | For example, as shown in FIG. 5, circuit 508 comprises an **analog-to-digital converter (ADC)** 510, a digital processor 512, and a digital-to-analog converter (DAC) 514. ADC 510 can be a relatively low speed ADC configured to measure the amplitude of the output of LPF 506. | The accused instrumentality implements a method that comprises analyzing spectral power of a data-modulated signal corresponding to the carrier and data signals, the spectral power being in a spectral band corresponding to a spectral null of the data-modulated signal.<br><br>Xilinx Zynq Ultrascale+ includes various analog to digital converters (ADC) for measuring signal-to-noise ratio (SNR), signal-to- (noise + distortion) ratio (SNDR), and the effective number of bits (ENOB). These ADCs often analyze spectral components power as well as noise in data, and performance. See Fig. 5. |

# Exhibit 2

| | | |
|---|---|---|
| | [Col.4, Line 34-38]<br><br>FIG. 3B shows a typical spectrum of a data-modulated signal when the carrier and data signals are misaligned. As can be seen in FIG. 3B, the spectral background is no longer flat, but rather, exhibits spectral nulls, e.g., nulls 304 and 306 at about 6 and 17GHZ, respectively. **The presence of one or more nulls in the spectrum is indicative of misalignment and may be used to detect and correct the same.**<br><br>[Col. 3, Line 29-35] | **Citation 5: Signal-to-(Noise + Distortion) Ratio**<br><br>**Signal-to-(Noise + Distortion) Ratio (SNDR)**<br><br>SNDR (also called SINAD) is the ratio of RMS signal power to (a) total noise power and (b) the RMS sum of all other spectral components power plus all other harmonic components power at the output (excluding DC), when the input is a sinusoidal wave.<br><br>Fig. 5<br><br>Source: https://www.xilinx.com/support/documentation/white_papers/wp509-rfsampling-data-converters.pdf, Page 4, Last Accessed on June 19, 2020, Exhibit C<br><br>Intermodulation distortion (IM3) within Ultrascale+ happens when two or more signal frequencies (such as data and carrier signals) interact to produce intermodulation products. See Fig. 6.<br><br>**Citation 6: Intermodulation Distortion**<br><br>Any complex signal contains components at several frequencies simultaneously. Nonlinearity in the converter's transfer function not only causes distortion of a pure tone, it causes two or more signal frequencies to interact and produce intermodulation products. When this happens, the result is called intermodulation distortion, or IM3.<br><br>Fig. 6<br><br>Source: https://www.xilinx.com/support/documentation/white_papers/wp509-rfsampling-data-converters.pdf, Page 11, Last Accessed June 19, 2020, Exhibit C |

# Exhibit 2

|  |  | Xilinx Zynq Ultrascale+ characterizes the performance of RF-sampling data by using an adjacent channel leakage ratio (ACLR) to characterize the ratio of modulated signal power versus power emitted or leaked into adjacent channels of the communication system. See Fig. 7. **Citation 7: ACLR** ACLR is a key standards-compliant spectrum measurement designed for use in wireless radio systems such as 3GPP 5G, LTE, and W-CDMA. As shown in Figure 11, it characterizes the ratio of modulated signal power versus power emitted or leaked into adjacent channels of the communication system. The ability to vary channel bandwidths and adjacent channel spacing is required within the context of various communication protocols. To measure ACLR of the device under test (DUT), a modulated signal generator or DAC is commonly utilized. Fig. 7 Source: https://www.xilinx.com/support/documentation/white_papers/wp509-rfsampling-data-converters.pdf, Page 14, Last Accessed on June 19, 2020, Exhibit C The data-modulated signals can be leaked into another channel. ACLR will show signal data if it has been leaked into another channel, therefore creating a spectral null within the channel as the spectral power has dropped. See Fig. 8. |

# Exhibit 2

| | | |
|---|---|---|
| | | 

**Citation 8: ACLR Example**

Fig. 8

Source: https://www.xilinx.com/support/documentation/white_papers/wp509-rfsampling-data-converters.pdf, Page 14, Last Accessed on June 19, 2020, Exhibit C |
| **1b.** introducing a phase shift between the data signal and a clock signal based on the analysis, | Analyzer 406 processes signal 414 and, based on the processing, generates a control signal 416 applied to | The accused instrumentality implements a method that introduces a phase shift between the data signal and a clock signal based on the analysis, wherein the carrier signal is based on the clock signal. |

# Exhibit 2

| | | |
|---|---|---|
| wherein the carrier signal is based on the clock signal. | phase shifter 408. Based on signal 416, **phase shifter 408 adjusts the phase of clock signal** 112 to generate a phase-shifted clock signal 412 applied to driver 114 of modulator 108. **Using signal 412 instead of signal 112, e.g., helps to compensate for phase drifts of modulator** 108 and maintain signals 118 and 102 in better alignment with each other.<br><br>[Col. 3, Line 57-65] | Xilinx Zynq Ultrascale+ provides a mixed-mode clock manager (MMCM) to dynamically change the clock output frequency. The MMCM has infinite fine phase shift capabilities in either direction and can be used in dynamic phase shift mode. See Fig. 9.<br><br>**Citation 9: MMCM Phase Shift**<br><br>MMCMs have infinite fine phase shift capability in either direction and can be used in dynamic phase shift mode. MMCMs also have a fractional counter in either the feedback path or in one output path, enabling further granularity of frequency synthesis capabilities.<br><br>Fig. 9<br><br>Source: https://www.xilinx.com/support/documentation/user_guides/ug572-ultrascale-clocking.pdf, Page 8, Last Accessed on June 19, 2020, Exhibit B<br><br>The MMCM uses the clock outputs to control the modulation period. The frequency is modulated along with CLKFBOUT and CLKOUT (clock signals) within the MMCM. See Fig. 10. |

# Exhibit 2

|  |  | **Citation 10: MMCM Modulation** |
|--|--|--|
|  |  | The MMCME# can generate a spread-spectrum clock from a standard fixed frequency oscillator when SS_EN is set to TRUE (see Figure 3-12). Within the MMCME#, the VCO frequency is modulated along with CLKFBOUT and CLKOUT[6:4,1,0]. Clock outputs CLKOUT[3:2] are used to control the modulation period and are not available for general use. As long as the clock frequency is adjusted slowly, the spread-spectrum does not affect the period jitter of the MMCME#. |
|  |  | Fig. 10 |
|  |  | Source: https://www.xilinx.com/support/documentation/user_guides/ug572-ultrascale-clocking.pdf, Page 62, Last Accessed on June 19, 2020, Exhibit B |
|  |  | The clock outputs are then used for possible phase-shifting within the MMCM as they correlate together. See Fig. 11. |
|  |  | **Citation 11: Phase Shift and Clock Output** |
|  |  | Delay Time is a counter that counts the number of VCO clock cycles to delay the output. This means that there is a direct correlation between the possible phase shift for the clock output and the divide value for that particular output. As the divide value increases, finer phase shift steps are available. The Delay Time counter allows for a phase offset of up to 64 VCO clock cycles. |
|  |  | Fig. 11 |

# Exhibit 2

|  |  | Source: https://www.xilinx.com/support/documentation/application_notes/xapp888_7Series_DynamicRecon.pdf, Page 3, Last Accessed on June 19, 2020, Exhibit D |
|---|---|---|

# Exhibit 2

## References Cited

| Exhibit (s) | Description | Link |
|---|---|---|
| Exhibit A | Zynq Ultrascale+ Product | https://www.xilinx.com/support/documentation/product-briefs/zynq-ultrascale-plus-product-brief.pdf |
| Exhibit B | Ultrascale+ Clocking Resource User Guide | https://www.xilinx.com/support/documentation/user_guides/ug572-ultrascale-clocking.pdf |
| Exhibit C | Understanding Key Parameters for RF Sampling | https://www.xilinx.com/support/documentation/white_papers/wp509-rfsampling-data-converters.pdf |
| Exhibit D | MMCM Dynamic Reconfiguration | https://www.xilinx.com/support/documentation/application_notes/xapp888_7Series_DynamicRecon.pdf |