# Exhibit A



# Zynq UltraScale+ MPSoC



### Target Markets
- Aerospace & Defense
- Automotive
- Data Center
- Wired Communications Infrastructure
- Wireless Infrastructure

### Industry-leading Performance-per-Watt
- Heterogeneous workload distribution
- Up to 5X performance-per-watt over Zynq-7000 SoC
- Massive serial I/O and memory bandwidth

### Greater Productivity in Software & Hardware Development
- Familiar C/C++ development environment
- Industry-standard tool and OS support
- Reference designs to quickly get up and running

### BOM Cost Reduction
- Unparalleled integration reduces device count
- All programmability for adaptability and reuse
- 21 different devices for varying design needs



## Industry's First Heterogeneous Multiprocessor SoC

Zynq® UltraScale+™ All Programmable MPSoCs provide up to 5X system-level performance-per-watt compared to the Zynq-7000 SoC family. Zynq UltraScale+ devices combine a high-performance ARM®-based multicore, multiprocessing system with ASIC-class programmable logic. Dual- and quad-core application processor equipped devices deliver maximum scalability, and are capable of offloading critical applications, such as graphics and video pipelining, to dedicated processing blocks, along with a full complement of integrated peripherals and connectivity cores suitable for next-generation systems.

For the most compute intensive processing tasks, integrated programmable logic offers up to 100X performance improvement over processor-based implementations. The 16nm FinFET+ programmable logic communicates with the processing system through 6,000 interconnects, enabling bandwidth that is not possible with multichip solutions. Dramatic power savings are achieved through fine-grained control of power domains and gated power islands. With specialized processing elements for different workloads, Zynq UltraScale+ MPSoCs integrate the right engines for the right tasks for next-generation embedded challenges.

## Application Optimized Single-Chip Solution

The Zynq UltraScale+ MPSoC family consists of three distinct variants, providing flexibility across a broad spectrum of applications. Dual-core application processor equipped (CG) devices are optimal for industrial motor control and sensor fusion. Quad-core application processor equipped (EG) devices excel in wired and wireless infrastructure, data center, and Aerospace and Defense applications. Video codec equipped (EV) devices are ideal for multimedia, Automotive ADAS, and surveillance applications. With multiple processor variants, a wide range of connectivity options and programmable logic capacity, DSP architectural blocks, and on-chip memory, Zynq UltraScale+ MPSoC devices offer the perfect single-chip platform for both cost-sensitive and high-performance applications using industry-standard tools.

## Building on the Success of Xilinx's UltraScale+ Portfolio

Zynq UltraScale+ MPSoCs are part of the UltraScale+ portfolio that combines new memory as well as FinFET+ technology for best-in-class performance. To enable an even higher level of integration, the UltraScale+ portfolio also includes a new IP interconnect optimization technology, SmartConnect, for even greater system-wide performance, power, and area advantages. Built upon Xilinx's UltraScale™ architecture, Zynq UltraScale+ devices provide package migration to future-proof systems for derivative applications.

### Zynq UltraScale+ MPSoC Product Family

|  | CG Devices | EG Devices | EV Devices |
|---|---|---|---|
| **Application Processing Unit** | Dual-core ARM Cortex™-A53 | Quad-core ARM Cortex-A53 | Quad-core ARM Cortex-A53 |
| **Real-Time Processing Unit** | Dual-core ARM Cortex-R5 | Dual-core ARM Cortex-R5 | Dual-core ARM Cortex-R5 |
| **Graphics Processing Unit** | – | ARM Mali™-400 MP2 | ARM Mali-400 MP2 |
| **Video Codec Unit** | – | – | Supports H.264/H.265 |

| FEATURES OVERVIEW | |
|---|---|
| **Quad- or Dual-core ARM Cortex A53 Application Processing Unit**<br>The heart of Zynq UltraScale+ MPSoCs, with exceptional performance-per-watt | • ARMv8 64-bit architecture running up to 1.5GHz<br>• Up to 2.7X performance-per-watt over dual-core ARM Cortex-A9<br>• 2.3DMIPS/MHz performance<br>• Hardware virtualization with terabyte memory access |
| **Dual-core ARM Cortex-R5 Real-Time Processing Unit**<br>Low-latency, deterministic engine ideal for real-time applications or APU offloading | • ARMv7 32-bit architecture running up to 600MHz<br>• 1.67DMIPS/MHz performance<br>• Lock-step mode for high reliability, safety critical functions |
| **ARM Mali-400 MP2 Graphics Processing Unit**<br>High-end graphics and video processing reduces APU workload and power consumption | • Multicore 2D/3D acceleration at 667MHz<br>• 1080p resolution graphics<br>• OpenGL ES 1.1 and 2.0 and OpenVG 1.0 and 1.1 |
| **Video Codec Unit**<br>Ideal for 4K UltraHD multistream video encode and decode | • Supports H.265 (HEVC) / H.264 (AVC) standards<br>• Capable of simultaneous encode and decode at 8Kx4K (15fps) or 4Kx2K (60fps) |
| **Dynamic Power Management**<br>Unprecedented power management unlocks full control and operational efficiency | • Multiple power domains with granular gating control<br>• Platform Management Unit for power, safety, and reliability |
| **High-Speed Connectivity**<br>Integrated peripherals with key IP/protocol support | • PCI Express® (PCIe) Gen3x16 and Gen4x8, MIPI D-PHY in FPGA logic<br>• Processing system includes USB 3.0, SATA 3.1, PCIe Gen2, DisplayPort support for resolutions up to 4Kx2K (30fps)<br>• 150G Interlaken and 100G Ethernet MAC cores in FPGA logic |
| **Advanced Security, Safety, and Reliability**<br>Dedicated engines for a secure and reliable platform | • Configuration Security Unit for anti-tamper and lockdown<br>• Support for 4096-bit RSA keys with SHA3 hash functions<br>• Secure system boot with AES 256 decryption<br>• Full ARM TrustZone support |
| **Low-power 16nm FinFET+ FPGA Fabric from TSMC**<br>Industry-leading process from the #1 service foundry delivers a step function increase in performance-per-watt | • Over 2X performance-per-watt over Zynq-7000 SoC fabric<br>• Scalable density from 100K to 1.1M system logic cells |
| **Breakthrough Interconnect Bandwidth**<br>Maximize hardware acceleration performance improvements | • Twelve 128-bit high-performance AXI4 ports providing 6,000 interconnects between the processing system and programmable logic, nullifying multichip I/O limitations |
| **Massive Memory Interface Bandwidth**<br>Next-generation DDR and serial memory support, along with new embedded RAM architecture | • Integrated memory controller in processing system<br>• DDR4 at up to 2666Mb/s in FPGA fabric<br>• UltraRAM to extend on-chip memory capabilities |
| **Enhanced DSP Slices for Diverse Applications**<br>Enabling a massive jump in fixed- and floating-point performance | • Up to 6.3 TeraMACs of bandwidth at 891MHz operation<br>• Double-precision floating point using 30% fewer resources<br>• Complex fixed-point arithmetic in half the resources |
| **Massive I/O Bandwidth and Protocol-Optimized**<br>Optimized to reduce power versus Zynq-7000 SoC | • High-density I/O optimized for cost, power, and target protocols<br>• High-performance serial I/O with 16G and 32.75G support |

| Software and Ecosystem Features | *Xilinx Offers Full, End-to-End, No-Charge Software and Tools Solutions* |
|---|---|
| **Open Source Operating Systems**<br>Unlock the performance of the integrated APU, RPU, and MicroBlaze™ soft processor core with familiar open source operating systems | • Linux – For general–purpose computing. Available as source code on GitHub, within Xilinx PetaLinux, or as industry-standard Yocto recipes<br>• FreeRTOS – Ideal for simple, high performance tasks<br>• Bare-Metal – Best for high performance, low level applications<br>• Google Android by Mentor Embedded – for feature-rich, user-friendly graphical applications |
| **System Software**<br>Configure and manage system activities between components to enable the full potential of the Zynq UltraScale+ MPSoC | • Xen Hypervisor – Enable multiple concurrent operating systems on the Cortex-A53 APU<br>• Xilinx OpenAMP – Communicate and manage independent processors and software stacks<br>• ARM Trusted Firmware – Guarantee secure access and protect key system resources<br>• Boot loaders – Manage system from power-on-reset with many advanced features including decryption and authentication |
| **Development Environment**<br>The right tools for software and hardware development on both the processing system and programmable logic | • Xilinx Software Development Kit (SDK) tools – Manage the full development and debug cycle for multiprocessor designs<br>• System Performance Modeling and Analysis – Measure, analyze, and optimize your total system performance<br>• SDSoC™ development environment – Compiles C/C++ applications into an optimized, fully functional Zynq UltraScale+ MPSoC system<br>• Vivado® Design Suite – Implement hardware designs with RTL or High-Level Synthesis |
| **QEMU Emulation Platform**<br>Accelerate and scale embedded software development | • Complete emulation platform of the Zynq UltraScale+ MPSoC for fast software development, architecture investigation, and design porting |
| **Ecosystem Support**<br>Ever expanding collection of software designed to improve productivity and reduce product development resources | • Multiple Real-Time Operating Systems – Build your real-time or safety-critical designs with Micrium uC/OS, Wind River VxWorks, Mentor Nucleus, LynxOS7<br>• Hypervisors – Create complex, real-time, safety and security-critical system designs with the open source Xen Hypervisor, Sysgo PikeOS, Mentor Hypervisor, LynxSecure, Wind River Hypervisor<br>• Ecosystem Tools – Debug, trace, and profile your complex heterogeneous multiprocessing system designs using industry-leading tools from partners such as ARM, Lauterbach, WindRiver, Yokogawa, and others |



## Camera-based Advanced Driver Assistance Systems (ADAS)

Key UltraScale+ Portfolio Benefits:

### Existing Infrastructure

| Solution Benefits |
|---|
| System Integration **3 Chips ⇨ 1 Chip** |
| System Performance **3X** |
| BOM Cost **-10%** |
| Total Power **-25%** |

### Zynq UltraScale+ MPSoC Solution

- Quad-core ARM Cortex-A53 for vision analytics, streaming, and automated metadata
- Dual-core ARM Cortex-R5 for real-time peripheral interfaces
- Advanced power management, power islands, and lock-step mode with real-time processing for functional safety
- Video encoder/decoder, supporting H.265/H.264 for display connectivity
- CAN2.0B and Gigabit Ethernet support for IEEE Std 1588 and AVB for in-vehicle communications

&:XILINX ➤ ALL PROGRAMMABLE.

## Public Safety and Military Mobile Radios
Key UltraScale+ Portfolio Benefits:

### Existing Infrastructure



### Zynq UltraScale+ MPSoC Solution





**Solution Benefits**

System Integration
**3 Chips ⇨ 1 Chip**

System Performance
**4X**

BOM Cost
**-45%**

Total Power
**-50%**

- Platform Management Unit (PMU) to dynamically lower power, maximizing battery life
- Quad-core ARM Cortex-A53 to integrate application processing and radio modem
- Vivado HLS and SDx™ Design Environment for high-level (C/C++) waveform development
- W-Mux DSP48 for efficient complex filter implementation
- Processing System (PS) with varying Programmable Logic (PL) for radio scalability with maximum software reuse
- Dedicated configuration security unit (CSU) for security management

**Corporate Headquarters**

Xilinx, Inc.
2100 Logic Drive
San Jose, CA 95124
USA
Tel: 408-559-7778
www.xilinx.com

**Europe**

Xilinx Europe
Bianconi Avenue
Citywest Business Campus
Saggart, County Dublin
Ireland
Tel: +353-1-464-0311
www.xilinx.com

**Japan**

Xilinx K.K.
Art Village Osaki Central Tower 4F
1-2-2 Osaki, Shinagawa-ku
Tokyo 141-0032 Japan
Tel: +81-3-6744-7777
japan.xilinx.com

**Asia Pacific Pte. Ltd.**

Xilinx Asia Pacific
5 Changi Business Park
Singapore 486040
Tel: +65-6407-3000
www.xilinx.com

**India**

Xilinx India Technology Services Pvt. Ltd.
Block A, B & C, 8th, 12th and 13th Floors,
Meenakshi Tech Park, Survey No. 39,
Gachibowli (V), Serilingampally (M),
Hyderabad – 500 084 India
Tel: +91-40-6721-4747
www.xilinx.com



© Copyright 2016 Xilinx, Inc. Xilinx, the Xilinx logo, Artix, ISE, Kintex, Spartan, Virtex, Vivado, Zynq, and other designated brands included herein are trademarks of Xilinx in the United States and other countries. AMBA, AMBA Designer, ARM, ARM1176JZ-S, CoreSight, Cortex, and PrimeCell are trademarks of ARM in the EU and other countries. PCI, PCIe, and PCI Express are trademarks of PCI-SIG and are used under license. All other trademarks are the property of theirrespective owners.
Printed in the U.S.A.  PN 2460 WW062016