Exhibit D

**Application Note: 7 Series, UltraScale, and UltraScale+ FPGAs**



# MMCM and PLL Dynamic Reconfiguration

XAPP888 (v1.8) August 20, 2019

Author: Jim Tatsukawa

# Summary

This application note provides a method to dynamically change the clock output frequency, phase shift, and duty cycle of the mixed-mode clock manager (MMCM) for the Xilinx® 7 series, UltraScale™, and UltraScale+™ FPGAs. Similarly, the phase-locked loop (PLL) can be changed through the dynamic reconfiguration port (DRP). An explanation of the behavior of the internal DRP control registers is accompanied by a reference design that uses a state machine to drive the DRP, which ensures the registers are controlled in the correct sequence.

While the reference design performs the operations for the user, familiarity with the functional operation of the MMCM is recommended. For more information on MMCM and PLL functionality, see the *7 Series FPGA Clocking Resources User Guide* (UG472) and the *UltraScale Architecture Clocking Resources User Guide* (UG572).

The reference design supports two reconfiguration state addresses and can be extended to support additional states. Each state does a full reconfiguration of the MMCM or PLL so that most parameters can be changed. The design does not support outputs configured with fine-phase shifting enabled.

You can download the reference design files for this application note from the Xilinx website. For detailed information about the design files, see Reference Design.

# Introduction

This application note describes the information necessary to reconfigure the MMCM or PLL and provides a reference design that implements all of the algorithms covered. The PLL and MMCM share very similar functionality but are not identical. Due to some subtle functionality differences and the requirement for different settings, a separate PLL reference design is provided. To ensure correct operation, use the correct reference design for the clock management tile (CMT) being reconfigured. Furthermore, there are differences in attributes and frequency specifications for the various families. Consult the appropriate user guide and data sheet for the selected device family.

Reconfiguration is performed through the DRP. The DRP provides access to the configuration bits that would normally only be initialized in the bitstream. This allows the user to dynamically change the MMCM or PLL clock outputs without loading a new bitstream. The MMCM or PLL must be held in reset during dynamic reconfiguration or must be reset after the dynamic reconfiguration changes have completed. Frequency, phase, and duty cycle can all be changed

through the DRP port. Fine-phase shifting is not allowed for the initial configuration or during reconfiguration.

The MMCM and PLL Configuration Bit Groups section presents the configuration bits as five bit groups, and provides an overview of their usage. The DRP Registers section details the configuration bit locations as registers. This information is not necessary to use the DRP reference design; it is intended to give an overview of the internal MMCM attributes that must be changed along with their register locations. Specific information on how the attributes are calculated is provided through the reference design. The reference design functionality and use are explained in the Reference Design and Using the Reference Design sections.

# MMCM and PLL Configuration Bit Groups

The MMCM has six user-accessible configuration bit groups that allow reconfiguration of individual clock outputs. The six groups are the divider group, the phase group, the fractional group, the lock group, the filter group, and the power group. These configuration bit groups are internal to the MMCM primitive and clarify the operation of the MMCM_DRP reference design module. The user modifiable parameters for the MMCM_DRP module are described in the Reconfiguration Module Ports and Attributes section.

## Divider Group

Every clock output has a divider group associated with it. The divider group is composed of the following parameters:

• High Time

• Low Time

• No Count

• Edge

The first two parameters associated with the divider group are the High and Low Time counters. These counters set the number of voltage-controlled oscillator (VCO) clock cycles through which the output clock should stay High or Low. For example, if you set both High and Low Time to 2, the effective divide value is 4 and the duty cycle is 50%.

The No Count parameter disables the High and Low Time counters. This in turn makes the divider output a clock with an effective divide value of 1.

The Edge parameter controls the High to Low transition. It forces the High Time counter to transition on a falling edge at the end of its count. This has the effect of increasing the High Time while decreasing the Low Time. Another way to think of the edge bit is that it adds half a VCO clock cycle to the High Time and subtracts half a clock cycle from the Low Time.

As an example, if a 50/50 duty cycle is desired with a divide value of 3, the Edge bit would be set. The High Time counter would be set to one and the Low Time counter would be set to 2. With the edge bit set, the net count for the High and Low times would be 1.5 clock cycles each.

**XILINX**®

## Phase Group

Each clock output except the DIVCLK has a phase group associated with it. This group is composed of the following set of parameters:

- Phase MUX
- Delay Time
- MX

The Phase MUX selects a coarse phase from the VCO for a clock output with a resolution of 45° (360°/8) relative to the VCO clock period.

Delay Time is a counter that counts the number of VCO clock cycles to delay the output. This means that there is a direct correlation between the possible phase shift for the clock output and the divide value for that particular output. As the divide value increases, finer phase shift steps are available. The Delay Time counter allows for a phase offset of up to 64 VCO clock cycles.

MX must be set to `2'b00` during reconfiguration, regardless of the previous value. This parameter ensures the desired phase is output as expected.

## Fractional Group

The MMCM supports fractional (non-integer) values for the CLKOUT0 and CLKFBOUT counters. When using fractional values, CLKOUT0 and CLKFBOUT add the following parameters:

- FRAC_EN (For fractional values of CLKOUT0 or CLKFBOUT)
- FRAC (For fractional values of CLKOUT0 or CLKFBOUT)
- PHASE_MUX_F (For fractional values of CLKOUT0 or CLKFBOUT)
- FRAC_WF_R (For fractional values of CLKOUT0 or CLKFBOUT)
- FRAC_WF_F (For fractional values of CLKOUT0 or CLKFBOUT)

FRAC_EN enables the fractional circuitry. When enabling the fractional counters, parameters for the divider group and phase group must be recalculated.

The FRAC parameter represents the fractional divide portion of the divider in 0.125 increments. For example FRAC(4) = 0.500.

PHASE_MUX_F is the coarse phase for the falling edge with a resolution of 45° relative to the VCO clock period. PHASE_MUX_F is additionally used with the Low Time and High Time parameters to adjust the duty cycle. For odd fractional divide values (e.g., 0.125 or 0.375), an exact 50% duty cycle is not possible, resulting in a duty cycle that is off by 1/8 VCO period.

FRAC_WF_R and FRAC_WF_F adjust internal MMCM timings required for fractional values.

The PHASE_MUX_F and FRAC_WF_F parameters for CLKOUT0 are located in ClkReg2 for CLKOUT5 (see Table 5). The fractional settings for CLKOUT0 do not affect CLKOUT5. Similarly,

the PHASE_MUX_F and FRAC_WF_F parameters for CLKFBOUT do not affect CLKOUT6 (see Table 6).

## Lock Group

This group cannot be calculated with an algorithm and is based on lookup tables created from device characterization. The appropriate lock bit settings are dependent on the feedback divider setting. This divider is set with the CLKFBOUT_MULT attribute when instantiating the MMCM_DRP module. The lock group has an effect on the MMCM's ability to detect that it is locked. The lookup table is located in the reference design within `mmcm_drp_func.h`.

## Filter Group

This group cannot be calculated and is based on lookup tables created from device characterization. There are effectively two tables, one for each bandwidth setting. The feedback divider setting (CLKFBOUT_MULT) acts as the index to the chosen table. There are three bandwidth settings allowable in the tools (High, Low, and Optimized), but in effect there are only two. High and Optimized use the same table, while the Low bandwidth setting uses a separate table. The filter group has an effect on the phase skew and the jitter filtering capability of the MMCM. The lookup table is located in the reference design within `mmcm_drp_func.h`.

## Power Group

This group allows the dynamic reconfiguration operations to properly function. The bits associated with this group must be all enabled when performing reconfiguration.

# DRP Registers

For the MMCM seventeen configuration registers store the divide and phase bit groups. For each of the eight clock outputs (CLKOUT[6:0] and CLKFBOUT) there are two configuration registers for a total of sixteen. These 16 registers represent the O[6:0] and M in Figure 1. One additional register is associated with DIVCLK_DIVIDE, which is along the input path to the MMCM. DIVCLK_DIVIDE is shown in Figure 1 as D.

The PLL is organized similar to the MMCM with exceptions noted in the Figure 1 block diagram and in the subsequent tables.



*Figure 1:*   **MMCM and PLL Block Diagram**

The sixteen registers that have the same layout are divided into two registers CLKREG1 and CLKREG2. The register layout for CLKREG1 and CLKREG2 are shown in Table 1 through Table 7. The register layouts are shown in Table 1 through Table 14.

*Table 1:*   **ClkReg1 Bitmap for CLKOUT[6:0] and CLKFBOUT**

| ClkReg1 | 7 Series Bit | UltraScale Bit | Description |
|---|---|---|---|
| PHASE MUX | [15:13] | [15:13] | Chooses an initial phase offset for the clock output, the resolution is equal to 1/8 VCO period. Not available in UltraScale PLLE3 and UltraScale+ PLLE4. |
| RESERVED | [12] | [12] | Retain the previous value stored here. |
| HIGH TIME | [11:6] | [11:6] | Sets the amount of time in VCO cycles that the clock output remains High. |
| LOW TIME | [5:0] | [5:0] | Sets the amount of time in VCO cycles that the clock output remains Low. |

*Table 2:* **ClkReg2 Bitmap for CLKOUT[0]**

| ClkReg2 | 7 Series Bit | UltraScale Bit | Description |
|---------|--------------|----------------|-------------|
| RESERVED | [15] | [15] | Reserved. |
| FRAC | [14:12] | [14:12] | Fractional divide counter setting for CLKOUT0. Equivalent to additional divide of 1/8. |
| FRAC_EN | [11] | [11] | Enable fractional divider circuitry for CLKOUT0. |
| FRAC_WF_R | [10] | [10] | Adjusts CLKOUT0 rising edge for improved duty cycle accuracy when using fractional counter. |
| MX | [9:8] | [9:8] | Must be set to 2'b00. |
| EDGE | [7] | [7] | Chooses the edge that the High Time counter transitions on. |
| NO COUNT | [6] | [6] | Bypasses the High and Low Time counters. |
| DELAY TIME | [5:0] | [5:0] | Phase offset with a resolution equal to the VCO period. |

*Table 3:* **ClkReg2 Bitmap for CLKOUT[1]**

| ClkReg2 | 7 Series Bit | UltraScale Bit | Description |
|---------|--------------|----------------|-------------|
| RESERVED | [15:10] | [15] | Retain the previous value stored here. |
| CLKOUTPHY_MODE | | [14:13] | For the PLLE3 and PLLE4, determines CLKPHYOUT frequency based on the VCO frequency. |
| RESERVED | | [12:11] | Retain the previous value stored here. |
| RESERVED | | [10] | Reserved for CDDC. |
| MX | [9:8] | [9:8] | Must be set to 2'b00. |
| EDGE | [7] | [7] | Chooses the edge that the High Time counter transitions on. |
| NO COUNT | [6] | [6] | Bypasses the High and Low Time counters. |
| DELAY TIME | [5:0] | [5:0] | Phase offset with a resolution equal to the VCO period. |

*Table 4:* **ClkReg2 Bitmap for CLKOUT[4:2]**

| ClkReg2 | 7 Series Bit | UltraScale Bit | Description |
|---------|--------------|----------------|-------------|
| RESERVED | [15:10] | [15:11] | Retain the previous value stored here. |
| RESERVED | | [10] | Reserved for CDDC. |
| MX | [9:8] | [9:8] | Must be set to 2'b00 |
| EDGE | [7] | [7] | Chooses the edge that the High Time counter transitions on. |
| NO COUNT | [6] | [6] | Bypasses the High and Low Time counters. |
| DELAY TIME | [5:0] | [5:0] | Phase offset with a resolution equal to the VCO period. |

*Table 5:*   **ClkReg2 Bitmap for CLKOUT[5] and CLKOUT[0] (Fractional)**

| ClkReg2 | 7 Series Bit | UltraScale Bit | Description |
|---|---|---|---|
| RESERVED | [15:14] | | Retain the previous value stored here. |
| PHASE_MUX_F_CLKOUT0 | [13:11] | [15:13] | CLKOUT0 data required when using fractional counter. Chooses an initial phase offset for the falling edge of the clock output. The resolution is equal to 1/8 VCO period. Not available in UltraScale PLLE3 and UltraScale+ PLLE4. |
| FRAC_WF_F_CLKOUT0 | [10] | [12] | Adjusts CLKOUT0 falling edge for improved duty cycle accuracy when using fractional counter. |
| RESERVED | | [11] | Retain the previous value stored here. |
| RESERVED | | [10] | Reserved for CDDC. |
| MX | [9:8] | [9:8] | Must be set to 2'b00. |
| EDGE | [7] | [7] | Chooses the edge that the High Time counter transitions on. |
| NO COUNT | [6] | [6] | Bypasses the High and Low Time counters. |
| DELAY TIME | [5:0] | [5:0] | Phase offset with a resolution equal to the VCO period. |

*Table 6:*   **ClkReg2 Bitmap for CLKOUT[6] and CLKFBOUT (Fractional)**

| ClkReg2 | 7 Series Bit | UltraScale Bit | Description |
|---|---|---|---|
| RESERVED | [15:14] | | Retain the previous value stored here. |
| PHASE_MUX_F_CLKFB | [13:11] | [15:13] | CLKFBOUT data required when using fractional counter. Chooses an initial phase offset for the falling edge of the clock output. The resolution is equal to 1/8 VCO period. |
| FRAC_WF_F_CLKFB | [10] | [12] | Adjusts CLKFBOUT falling edge for improved duty cycle accuracy when using fractional counter. |
| RESERVED | | [11] | Retain the previous value stored here. |
| RESERVED | | [10] | Reserved for CDDC. |
| MX | [9:8] | [9:8] | Must be set to 2'b00. |
| EDGE | [7] | [7] | Chooses the edge that the High Time counter transitions on. |
| NO COUNT | [6] | [6] | Bypasses the High and Low Time counters. |
| DELAY TIME | [5:0] | [5:0] | Phase offset with a resolution equal to the VCO period. |

*Table 7:*   **ClkReg2 Bitmap for CLKFBOUT**

| ClkReg2 | 7 Series Bit | UltraScale Bit | Description |
|---|---|---|---|
| RESERVED | [15] | [15] | Retain the previous value stored here. |
| FRAC | [14:12] | [14:12] | Fractional divide counter setting for CLKFBOUT. Equivalent to additional divide of 1/8. |
| FRAC_EN | [11] | [11] | Enable fractional divider circuitry for CLKFBOUT. |
| FRAC_WF_R | [10] | [10] | Adjusts CLKFBOUT rising edge for improved duty cycle accuracy when using fractional counter. |

**DRP Registers**

XILINX

*Table 7:* **ClkReg2 Bitmap for CLKFBOUT** *(Cont'd)*

| ClkReg2 | 7 Series Bit | UltraScale Bit | Description |
|---------|--------------|----------------|-------------|
| MX | [9:8] | [9:8] | Must be set to 2'b00. |
| EDGE | [7] | [7] | Chooses the edge that the High Time counter transitions on. |
| NO COUNT | [6] | [6] | Bypasses the High and Low Time counters. |
| DELAY TIME | [5:0] | [5:0] | Phase offset with a resolution equal to the VCO period. |

The register bitmap associated with the input divider D is shown in Table 8. Only a single register is needed because there is no phase adjustment on the input divider.

*Table 8:* **DivReg Bitmap**

| DivReg | 7 Series Bit | UltraScale Bit | Description |
|--------|--------------|----------------|-------------|
| RESERVED | [15:14] | [15:14] | Retain the previous value stored here. |
| EDGE | [13] | [13] | Chooses the edge that the High Time counter transitions on. |
| NO COUNT | [12] | [12] | Bypasses the High and Low Time counters. |
| HIGH TIME | [11:6] | [11:6] | Sets the amount of time in VCO cycles that the clock output remains High. |
| LOW TIME | [5:0] | [5:0] | Sets the amount of time in VCO cycles that the clock output remains Low. |

Three additional LOCK configuration registers must also be updated based on how the MMCM is programmed. These values are automatically setup by the reference design.

*Table 9:* **LockReg1 Bitmap**

| LockReg1 | 7 Series Bit | UltraScale Bit | Description |
|----------|--------------|----------------|-------------|
| RESERVED | [15:10] | [15:10] | Retain the previous value stored here. |
| LKTABLE[29:20] | [9:0] | [9:0] | These bits are pulled from the lookup table provided in the reference design. |

*Table 10:* **LockReg2 Bitmap**

| LockReg2 | 7 Series Bit | UltraScale Bit | Description |
|----------|--------------|----------------|-------------|
| RESERVED | [15] | [15] | Retain the previous value stored here. |
| LKTABLE[34:30] | [14:10] | [14:10] | These bits are pulled from the lookup table provided in the reference design. |
| LKTABLE[9:0] | [9:0] | [9:0] | These bits are pulled from the lookup table provided in the reference design. |

*Table 11:* **LockReg3 Bitmap**

| LockReg3 | 7 Series Bit | UltraScale Bit | Description |
|----------|--------------|----------------|-------------|
| RESERVED | [15] | [15] | Retain the previous value stored here. |
| LKTABLE[39:35] | [14:10] | [14:10] | These bits are pulled from the lookup table provided in the reference design. |
| LKTABLE[19:10] | [9:0] | [9:0] | These bits are pulled from the lookup table provided in the reference design. |

The filter group is composed of 10 bits that are stored on two registers. The register layouts are shown in Table 12 and Table 13.

*Table 12:*   **FiltReg1 Bitmap**

| FiltReg1 | 7 Series Bit | UltraScale Bit | Description |
|----------|--------------|----------------|-------------|
| TABLE[9] | [15] | [15] | This bit is pulled from the lookup table provided in the reference design. |
| RESERVED | [14:13] | [14:13] | Retain the previous value stored here. |
| TABLE[8:7] | [12:11] | [12:11] | These bits are pulled from the lookup table provided in the reference design. |
| RESERVED | [10:9] | [10:9] | Retain the previous value stored here. |
| TABLE[6] | [8] | [8] | This bit is pulled from the lookup table provided in the reference design. |
| RESERVED | [7:0] | [7:0] | Retain the previous value stored here. |

*Table 13:*   **FiltReg2 Bitmap**

| FiltReg2 | 7 Series Bit | UltraScale Bit | Description |
|----------|--------------|----------------|-------------|
| TABLE[5] | [15] | [15] | This bit is pulled from the lookup table provided in the reference design. |
| RESERVED | [14:13] | [14:13] | Retain the previous value stored here. |
| TABLE[4:3] | [12:11] | [12:11] | These bits are pulled from the lookup table provided in the reference design. |
| RESERVED | [10:9] | [10:9] | Retain the previous value stored here. |
| TABLE[2:1] | [8:7] | [8:7] | These bits are pulled from the lookup table provided in the reference design. |
| RESERVED | [6:5] | [6:5] | Retain the previous value stored here. |
| TABLE[0] | [4] | [4] | This bit is pulled from the lookup table provided in the reference design. |
| RESERVED | [3:0] | [3:0] | Retain the previous value stored here. |

The power bits are stored in one register whose layout is shown in Table 14.

*Table 14:*   **PowerReg Bitmap**

| PowerReg | 7 Series Bit | UltraScale Bit | Description |
|----------|--------------|----------------|-------------|
| POWER | [15:0] | [15:0] | These bits must all be set High when performing DRP. |

The DRP register addresses are shown in Table 15.

*Table 15:*   **DRP Address Map**

| Address | Layout | Description |
|---------|--------|-------------|
| 0x06 | ClkReg1 | CLKOUT5 Register 1 |
| 0x07 | ClkReg2 | CLKOUT5 Register 2 |
| 0x08 | ClkReg1 | CLKOUT0 Register 1 |
| 0x09 | ClkReg2 | CLKOUT0 Register 2 |

**Reference Design**

**Table 15:** **DRP Address Map** *(Cont'd)*

| Address | Layout | Description |
|---------|--------|-------------|
| 0x0A | ClkReg1 | CLKOUT1 Register 1 |
| 0x0B | ClkReg2 | CLKOUT1 Register 2 |
| 0x0C | ClkReg1 | CLKOUT2 Register 1 (Not available for PLLE3 or PLLE4) |
| 0x0D | ClkReg2 | CLKOUT2 Register 2 (Not available for PLLE3 or PLLE4) |
| 0x0E | ClkReg1 | CLKOUT3 Register 1 (Not available for PLLE3 or PLLE4) |
| 0x0F | ClkReg2 | CLKOUT3 Register 2 (Not available for PLLE3 or PLLE4) |
| 0x10 | ClkReg1 | CLKOUT4 Register 1 (Not available for PLLE3 or PLLE4) |
| 0x11 | ClkReg2 | CLKOUT4 Register 2 (Not available for PLLE3 or PLLE4) |
| 0x12 | ClkReg1 | CLKOUT6 Register 1 (Not available for PLLE2, PLLE3, or PLLE4) |
| 0x13 | ClkReg2 | CLKOUT6 Register 2 (Not available for PLLE2, PLLE3, or PLLE4) |
| 0x14 | ClkReg1 | CLKFBOUT Register 1 |
| 0x15 | ClkReg2 | CLKFBOUT Register 2 |
| 0x16 | DivReg | DIVCLK Register |
| 0x18 | LockReg1 | Lock Register 1 |
| 0x19 | LockReg2 | Lock Register 2 |
| 0x1A | LockReg3 | Lock Register 3 |
| 0x27 | PowerReg | Power Register (UltraScale and UltraScale+) |
| 0x28 | PowerReg | Power Register (7 series) |
| 0x4E | FiltReg1 | Filter Register 1 |
| 0x4F | FiltReg2 | Filter Register 2 |

# Reference Design

The reference design files include a Verilog MMCM and PLL reconfiguration module. This module uses only a small number of slices, comprising the reconfiguration logic and state memory.

The reference design drives the DRP port with a state machine that addresses the MMCM, reads the previous value, masks the bits that need to be changed, sets the new value, and finally writes the value to the MMCM DRP port. The addresses, masks, and new values are stored in a pre-initialized ROM that is filled during elaboration in synthesis. The ROM initialization is done with constant functions provided with the reference design.

**Reference Design**

**XILINX**®

Figure 2 is a block diagram of the reconfiguration module.



*Figure 2:* **MMCM_DRP Internal Block Diagram**

The `mmcm_drp.v` module contains the state machine and ROM, and calls the constant functions which are provided in `mmcm_drp_func.h`.

Figure 3 shows an example of a block diagram of the system with the `mmcme2_adv` primitive and the `mmcm_drp` modules attached.



*Figure 3:* **Reference Design Block Diagram**

## DRP State Machine

The DRP state machine is composed of the nine states shown in Table 16. It controls all of the signals from the `mmcm_drp` module.

*Table 16:*   **DRP States**

| State | Description | Next State | Transition Condition |
|-------|-------------|------------|----------------------|
| RESTART | This state is entered whenever the SRST pin is asserted or if the current_state goes into an undefined state. | WAIT_LOCK | SRST = 0 |
| WAIT_LOCK | This state waits for the lock signal from the MMCM to assert. When lock is asserted, SRDY = 1. | WAIT_SEN | LOCK = 1 |
| WAIT_SEN | This state waits for SEN to be asserted and sets the appropriate ROM address according to SADDR. | ADDRESS | SEN = 1 |
| ADDRESS | This state is entered from either WAIT_SEN or from WAIT_DRDY. The state sets DADDR according to the current value stored in the ROM and asserts DEN. | WAIT_A_DRDY | \<always\> |
| WAIT_A_DRDY | This state is always entered from ADDRESS. It waits for the MMCM to assert the DRDY signal. | BITMASK | DRDY = 1 |
| BITMASK | This state is entered from WAIT_A_DRDY. It performs a bitwise AND on DO from the MMCM with the mask value stored in the ROM. | BITSET | \<always\> |
| BITSET | This state is always entered from BITMASK. It performs a bitwise OR with the bitset stored in the ROM and the output from the BITMASK operation. | WRITE | \<always\> |
| WRITE | This state asserts DEN, DWE, and RST_MMCM. It updates the state counter which is used to keep track of the number of register writes needed to perform one full reconfiguration. | WAIT_DRDY | \<always\> |
| WAIT_DRDY | This state waits for DRDY to assert from the MMCM. | ADDRESS (state_count > 0) WAIT_LOCK (state_count ≤ 0) | DRDY = 1 |

The operations that must be implemented to reconfigure one value in the MMCM are:

- Assert RST to the MMCM (do not deassert)

- Set DADDR on the MMCM and assert DEN for one clock cycle

- Wait for the DRDY signal to assert from the MMCM

- Perform a bitwise AND between the DO port and the MASK (DI = DO and MASK)

- Perform a bitwise OR between the DI signal and the BITSET (DI = DI | BITSET)

- Assert DEN and DWE on the MMCM for one clock cycle
- Wait for the DRDY signal to assert from the MMCM
- Deassert RST to the MMCM
- Wait for MMCM to lock

## Reconfiguration Module Ports and Attributes

The reconfiguration module is composed of the ports shown in Table 17.

*Table 17:*   **Dynamic Reconfiguration Ports**

| Port | Direction | Description |
|------|-----------|-------------|
| SADDR | Input | This port chooses the state to reconfigure the MMCM to. A value of 0 corresponds to state 1; a value of 1 corresponds to state 2. |
| SEN | Input | This port enables the reconfiguration state machine. Reconfiguration is triggered if this port is asserted at a rising SCLK edge. |
| SCLK | Input | This is the clock for the reconfiguration module. It is passed through to the DCLK output. |
| RST | Input | This resets the state machine and the downstream MMCM. |
| SRDY | Output | This port asserts for one clock cycle at the end of a reconfiguration sequence. It is to be used to notify the user that a new reconfiguration can be started. |
| DO[15:0] | Input | This port should be directly attached to the MMCM DO port. It is used to read register values from the MMCM. |
| DRDY | Input | This port should be directly attached to the MMCM DRDY port. It is used to notify the reference design when the MMCM is ready to read or write a new value. |
| LOCKED | Input | This port should be directly attached to the MMCM LOCKED port. It is used to notify the reference design that the MMCM is locked and to then transition from the WAIT_LOCK state. |
| DWE | Output | This port should be directly attached to the MMCM DWE port. It is used to enable a register write. |
| DEN | Output | This port should be directly attached to the MMCM DEN port. It is used to initiate a register read or write. |
| DADDR[6:0] | Output | This port should be directly attached to the MMCM DADDR port. It is used to address a register location for reads or writes. |
| DI[15:0] | Output | This port should be directly attached to the MMCM DI port. It is used to output a new register value for writes. |
| DCLK | Output | This port should be directly attached to the MMCM DCLK port. It is used to clock the reconfiguration port on the MMCM. It is the SCLK forwarded out of the MMCM reconfiguration module. |
| RST_MMCM | Output | This port should be directly attached to the MMCM RST port. It is used to reset the MMCM during a reconfiguration or when the RST input port is asserted. |

The reconfiguration module also has the attributes shown in Table 18. The MMCM_DRP attributes correlate with the standard MMCM primitive attributes with some slight naming differences.

*Table 18:*   **Dynamic Reconfiguration Attributes**

| Attribute | Description | Valid Format Values |
|---|---|---|
| CLKFBOUT_MULT | This attribute modifies the input clock multiplier to change the VCO output frequency of the MMCM. | Consult the appropriate user guide for the valid integer ranges. |
| CLKFBOUT_PHASE | Modifies the phase of the input clock. This affects all of the MMCM outputs. | Integer values multiplied by 1,000. For example, a 45° phase shift would be 45,000. |
| CLKFBOUT_FRAC | CLKFBOUT fractional divide value | This can be from 0 to 875. This represents the fractional multiply multiplied by 1000. For example CLKFBOUT_DIVIDE(8) and CLKFBOUT_FRAC(125) results in a fractional multiply of 8.125. Only applies to the MMCMs. |
| CLKFBOUT_FRAC_EN | CLKFBOUT enable for fractional divide | If 1, the fractional divide algorithm is used to calculate register settings. If 0, default calculation is used and CLKFBOUT_FRAC is ignored. |
| CLKOUTPHY_MODE | Determines CLKOUTPHY frequency based on the VCO frequency | VCO_2X, VCO, VCO_HALF. Only applies to PLLE3 and PLLE4. |
| BANDWIDTH | Sets the bandwidth setting of the MMCM. | OPTIMIZED, HIGH, LOW, or POSTCRC. POSTCRC is only available for UltraScale components and when used in combination with a SEM IP core. |
| DIVCLK_DIVIDE | Sets the divide value for the DIVCLK output. | Consult the appropriate user guide for the valid integer ranges. |
| CLKOUT0_DIVIDE | CLKOUT0 output divide value. | 1–128; Integer values only. |
| CLKOUT0_PHASE | CLKOUT0 output phase value. | Integer values multiplied by 1,000. For example, a 45° phase shift would be 45,000. |
| CLKOUT0_FRAC | CLKOUT0 fractional divide value | This can be from 0 to 875. This represents the fractional divide multiplied by 1000. For example, CLKOUT0_DIVIDE(8) and CLKOUT0_FRAC(125) result in a fractional divide of 8.125. Only applies to the MMCMs. |
| CLKOUT0_FRAC_EN | CLKOUT0 enable for fractional divide | If 1, the fractional algorithm is used to calculate register settings. If 0, the default calculation is used and CLKOUT0_FRAC is ignored. |
| CLKOUT0_DUTY | Changes the CLKOUT0 duty cycle Low time. | Integer values multiplied by 100,000. For example, a 0.60 duty cycle would be 60,000. |
| CLKOUT1_DIVIDE | CLKOUT1 output divide value. | 1–128; Integer values only. |

**Reference Design**

**XILINX**®

*Table 18:* **Dynamic Reconfiguration Attributes *(Cont'd)***

| Attribute | Description | Valid Format Values |
|---|---|---|
| CLKOUT1_PHASE | CLKOUT1 output phase value. | Integer values multiplied by 1,000. For example, a 45° phase shift would be 45,000. |
| CLKOUT1_DUTY | Changes the CLKOUT1 duty cycle Low time. | Integer values multiplied by 100,000. For example, a 0.60 duty cycle would be 60,000. |
| CLKOUT2_DIVIDE | CLKOUT2 output divide value. | 1–128; Integer values only. |
| CLKOUT2_PHASE | CLKOUT2 output phase value. | Integer values multiplied by 1,000. For example, a 45° phase shift would be 45,000. |
| CLKOUT2_DUTY | Changes the CLKOUT2 duty cycle Low time. | Integer values multiplied by 1,000. For example, a 60/40 duty cycle would be 60,000. |
| CLKOUT3_DIVIDE | CLKOUT3 output divide value (MMCMs and PLLE2 only). | 1–128; Integer values only. |
| CLKOUT3_PHASE | CLKOUT3 output phase value (MMCMs and PLLE2 only). | Integer values multiplied by 1,000. For example, a 45° phase shift would be 45,000. |
| CLKOUT3_DUTY | Changes the CLKOUT3 duty cycle Low time (MMCMs and PLLE2 only). | Integer values multiplied by 100,000. For example, a 0.60 duty cycle would be 60,000. |
| CLKOUT4_DIVIDE | CLKOUT4 output divide value (MMCMs and PLLE2 only). | 1–128; Integer values only. |
| CLKOUT4_PHASE | CLKOUT4 output phase value (MMCMs and PLLE2 only). | Integer values multiplied by 1,000. For example, a 45° phase shift would be 45,000. |
| CLKOUT4_DUTY | Changes the CLKOUT4 duty cycle Low time (MMCMs and PLLE2 only). | Integer values multiplied by 100,000. For example, a 0.60 duty cycle would be 60,000. |
| CLKOUT5_DIVIDE | CLKOUT5 output divide value (MMCMs and PLLE2 only). | 1–128; Integer values only. |
| CLKOUT5_PHASE | CLKOUT5 output phase value (MMCMs and PLLE2 only). | Integer values multiplied by 1,000. For example, a 45° phase shift would be 45,000. |
| CLKOUT5_DUTY | Changes the CLKOUT5 duty cycle Low time (MMCMs and PLLE2 only). | Integer values multiplied by 100,000. For example, a 0.60 duty cycle would be 60,000. |
| CLKOUT6_DIVIDE | CLKOUT6 output divide value. (MMCM only). | 1–128; Integer values only. |
| CLKOUT6_PHASE | CLKOUT6 output phase value. (MMCM only). | Integer values multiplied by 1,000. For example, a 45° phase shift would be 45,000. |
| CLKOUT6_DUTY | Changes the CLKOUT6 duty cycle Low time. (MMCM only). | Integer values multiplied by 100,000. For example, a 0.60 duty cycle would be 60,000. |

# Using the Reference Design

## Design Functionality

The `mmcm_drp.v` file has been written with two available reconfigurable states. They are denoted with an S1_ or S2_ before each of the attributes in Table 18. The parameters within each state can be modified independently. Additional states can be added or register writes removed as covered in the Design Modification section.

To change between the two states, first wait for SRDY to be asserted. When SRDY has been asserted, the state machine is ready to begin reconfiguration. The SADDR port specifies which state is loaded into the MMCM using the DRP port. In an unmodified design, a 0 loads state 1 and a 1 loads state 2. Pulsing SEN for one clock cycle triggers the reconfiguration and loads all attributes set in the MMCM DRP design. Once the reconfiguration is complete, the SRDY port is asserted and the MMCM is in its newly reconfigured state.

## Design Modification

The reference design is intended to be modified to suit the specific needs of a design. The process of doing these changes is left to the user, but there are a couple of common needs that warrant some general instructions on the modification process. It should be noted that the header file `mmcm_drp_func.h` should *not* be changed. The file `mmcm_drp.v` is the primary file where design-specific modifications should be done. To perform design modifications, it is expected that the user has become intimately familiar with the functionality of the reconfiguration interface in `mmcm_drp.v` by reading through the provided source.

The first common situation is to retain the previous CLKOUT# configuration for both states. For example, if it is desired to retain the previous configuration of CLKOUT4, `mmcm_drp.v` must be modified in two locations.

- The ROM initialization must be modified to remove the two CLKOUT4 registers. This requires removing the entries that modify the `0x10` and `0x11` registers on the MMCM. When the register entries have been removed, the ROM initialization must be changed so that the initialization addresses are sequential.

- Because two registers have been removed from the ROM initialization, STATE_COUNT_CONST must be updated to reflect the two fewer register writes.

A second potential design modification is to add a third state to the reference design. To do this, everything that contains an S#_ (where # is a number) must be replicated to create an S3_ set of parameters, constant function calls, and ROM initializations. The SADDR port must be updated to be a vector allowing the third state to be addressed, and the WAIT_SEN state must be updated to include the ability to set the initial ROM reconfiguration address based on SADDR.

**XILINX**®

# Design Verification

The reference design was verified in hardware and with simulation. This ensures that the simulation models and the hardware functionality are equivalent. The verification process chose a number of corner cases for reconfiguration along with some standard configurations to verify that the calculations worked across each scenario. The functions that calculate the various bit settings have also gone through a complete analysis to ensure they match the calculations performed by the Vivado® tools during implementation.

# Conclusion

This application note and reference design provide a complete implementation of the MMCM DRP functionality. Due to its modular nature, the design can be used as a full solution for DRP or can be easily extended to support additional reconfiguration states. The design also consumes a minimal amount of resources.

# Reference Design Additional Information

## Files

The reference design files can be downloaded from:

https://secure.xilinx.com/webreg/clickthrough.do?cid=179222

## Characteristics

The reference design characteristics are summarized in Table 19.

*Table 19:*   **Reference Design Matrix**

| Parameter | Description |
|---|---|
| **General:** | |
| Developer Name | Jim Tatsukawa |
| Target devices | 7 series, UltraScale, and UltraScale+ devices |
| Source code provided | Yes |
| Source code format | Verilog |
| Design uses code/IP from existing Xilinx application note/reference designs, CORE Generator™ software, or 3rd party | No |
| **Simulation:** | |
| Functional simulation performed | Yes |

*Table 19:* **Reference Design Matrix** *(Cont'd)*

| Parameter | Description |
|---|---|
| Timing simulation performed | Yes |
| Testbench used for functional and timing simulations | Yes |
| Testbench format | Verilog |
| Simulator software/ version used | Vivado simulator |
| **Implementation:** | |
| Synthesis software tools/version used | Vivado 2014.1–2019.1 |
| Implementation software tools /versions used | Vivado 2014.1–2019.1 |
| Static timing analysis performed | Yes |
| **Hardware Verification:** | |
| Hardware verified | Yes |
| Hardware platform used for verification | FPGA Characterization Boards |

## Device Utilization

The reference design device utilization is summarized in Table 20.

*Table 20:* **Device Utilization for MMCM_DRP**

| Parameters | Specification/Details |
|---|---|
| Device Utilization without Testbench | Note 1 |
| HDL Language Support | Verilog |

**Notes:**
1. Consult the Vivado tools utilization report.

# Revision History

The following table shows the revision history for this document:

| Date | Version | Revision |
|---|---|---|
| 01/04/2012 | 1.0 | Initial Xilinx release. |
| 05/22/2012 | 1.1 | Updated reference design file (Files). |
| 08/07/2013 | 1.2 | Updated third paragraph of Summary and second paragraph of Introduction. Updated number of user-accessible configuration bit groups and added fractional group to MMCM and PLL Configuration Bit Groups. Added Fractional Group. Updated Table 2, and added Table 3 through Table 7. In Table 18, updated CLKFBOUT_MULT and DIVCLK_DIVIDE, and added CLKFBOUT_FRAC, CLKFBOUT_FRAC_EN, CLKOUT0_FRAC, and CLKOUT0_FRAC_EN. Updated second bullet in Design Modification. Updated Simulation and Implementation sections of Table 20. |



| Date | Version | Revision |
|------|---------|----------|
| 10/08/2014 | 1.3 | Updated document to add UltraScale device information. Added UltraScale Bit columns in Table 1 through Table 14. Split Table 3 into Table 3 and Table 4. In Table 15, added one UltraScale row and updated description of addresses 0x0c to 0x13. Added CLKOUTPHY_MODE attribute to Table 17. Removed third paragraph in Design Functionality. Added Vivado software to Design Verification. In Table 19, updated Vivado software version, and removed support for ISE Design Suite and XST. Removed "and Performance" from Device Utilization. In Table 20, updated table title, removed maximum frequency rows, and replaced slices with LUT flip-flop pairs. |
| 07/23/2015 | 1.4 | Added the statement *Not available in UltraScale PLLE3* to the description column of PHASE MUX in Table 1 and PHASE_MUX_F_CLKOUT0 in Table 5. |
| 11/12/2015 | 1.5 | Replaced CLKOUT0 with CLKFBOUT in description of FRAC_EN in Table 7. |
| 05/16/2016 | 1.6 | In Table 6, added row for RESERVED[15:14], and updated 7 series bits for PHASE_MUX_F_CLKFB, FRAC_WF_F_CLKFB, and RESERVED. |
| 06/01/2016 | 1.6.1 | Republished to remove extraneous markings. |
| 04/11/2017 | 1.7 | Added UltraScale+ FPGAs and PLLE4 throughout. Updated first two paragraphs of Introduction, first paragraph of Reference Design, and Table 18, Table 19, and Table 20. Updated description of RESERVED bit in Table 2. Removed ISE software from Design Verification. Updated last sentence in Conclusion. |
| 08/20/2019 | 1.8 | In Table 18, added POSTCRC value to BANDWIDTH attribute. In Table 19, updated upper end for synthesis and implementation software version to 2019.1. |

# Please Read: Important Legal Notices

The information disclosed to you hereunder (the "Materials") is provided solely for the selection and use of Xilinx products. To the maximum extent permitted by applicable law: (1) Materials are made available "AS IS" and with all faults, Xilinx hereby DISCLAIMS ALL WARRANTIES AND CONDITIONS, EXPRESS, IMPLIED, OR STATUTORY, INCLUDING BUT NOT LIMITED TO WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT, OR FITNESS FOR ANY PARTICULAR PURPOSE; and (2) Xilinx shall not be liable (whether in contract or tort, including negligence, or under any other theory of liability) for any loss or damage of any kind or nature related to, arising under, or in connection with, the Materials (including your use of the Materials), including for any direct, indirect, special, incidental, or consequential loss or damage (including loss of data, profits, goodwill, or any type of loss or damage suffered as a result of any action brought by a third party) even if such damage or loss was reasonably foreseeable or Xilinx had been advised of the possibility of the same. Xilinx assumes no obligation to correct any errors contained in the Materials or to notify you of updates to the Materials or to product specifications. You may not reproduce, modify, distribute, or publicly display the Materials without prior written consent. Certain products are subject to the terms and conditions of Xilinx's limited warranty, please refer to Xilinx's Terms of Sale which can be viewed at http://www.xilinx.com/legal.htm#tos; IP cores may be subject to warranty and support terms contained in a license issued to you by Xilinx. Xilinx products are not designed or intended to be fail-safe or for use in any application requiring fail-safe performance; you assume sole risk and liability for use of Xilinx products in such critical applications, please refer to Xilinx's Terms of Sale which can be viewed at http://www.xilinx.com/legal.htm#tos.

Case 1:20-cv-01229-CFC-JLH   Document 11-6   Filed 11/23/20   Page 21 of 21 PageID #: 423
**Automotive Applications Disclaimer**

**XILINX**®

# Automotive Applications Disclaimer

AUTOMOTIVE PRODUCTS (IDENTIFIED AS "XA" IN THE PART NUMBER) ARE NOT WARRANTED FOR USE IN THE DEPLOYMENT OF AIRBAGS OR FOR USE IN APPLICATIONS THAT AFFECT CONTROL OF A VEHICLE ("SAFETY APPLICATION") UNLESS THERE IS A SAFETY CONCEPT OR REDUNDANCY FEATURE CONSISTENT WITH THE ISO 26262 AUTOMOTIVE SAFETY STANDARD ("SAFETY DESIGN"). CUSTOMER SHALL, PRIOR TO USING OR DISTRIBUTING ANY SYSTEMS THAT INCORPORATE PRODUCTS, THOROUGHLY TEST SUCH SYSTEMS FOR SAFETY PURPOSES. USE OF PRODUCTS IN A SAFETY APPLICATION WITHOUT A SAFETY DESIGN IS FULLY AT THE RISK OF CUSTOMER, SUBJECT ONLY TO APPLICABLE LAWS AND REGULATIONS GOVERNING LIMITATIONS ON PRODUCT LIABILITY.

© Copyright 2013–2019 Xilinx, Inc. Xilinx, the Xilinx logo, Artix, ISE, Kintex, Spartan, Virtex, Vivado, Zynq, and other designated brands included herein are trademarks of Xilinx in the United States and other countries. All other trademarks are the property of their respective owners.