## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development,** | |
| Plaintiff, | C.A. No. 20-1229-CFC |
| v. | |
| **Xilinx, Inc.,** | |
| Defendant. | |

### [PROPOSED] ORDER

The Court, having considered Xilinx, Inc.'s ("Xilinx") Partial Motion to Dismiss and the papers submitted in connection therewith,

HEREBY ORDERS THIS ___ DAY OF _____, 202_, that Xilinx's Partial Motion to Dismiss is GRANTED and that the allegations of induced and contributory infringement are DISMISSED.

_____
The Honorable Colm F. Connolly
United States District Judge