# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU Investments, LLC d/b/a Brazos Licensing and Development,<br><br>Plaintiff,<br><br>v.<br><br>Xilinx, Inc.,<br><br>Defendant. | C.A. No. 20-01229-CFC |

## WORD COUNT CERTIFICATION

The undersigned hereby certifies that Defendant Xilinx, Inc.'s Opening Brief in Support of its Partial Motion to Dismiss contains 4,207 words (exclusive of the cover page, table of contents, table of authorities, and signature block) in Times New Roman 14-point font, counted using Microsoft Word's word count feature.

| | |
|---|---|
| Dated: December 7, 2020<br><br>OF COUNSEL:<br><br>Hilda C. Galvan<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, TX 75201-1515<br>(214) 969-4556<br>hcgalvan@jonesday.com<br><br>David B. Cochran<br>JONES DAY<br>North Point 901 Lakeside Avenue<br>Cleveland, Ohio 44114-1190 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>/s/ Anne Shea Gaza<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Beth A. Swadley (No. 6331)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br>bswadley@ycst.com |

(216) 586-7029  *Attorneys for Xilinx, Inc.*
dcochran@jonesday.com

Thomas W. Ritchie
JONES DAY
77 West Wacker, Suite 3500
Chicago, Illinois 60601-1692
(312) 269-4003
twritchie@jonesday.com