# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WSOU INVESTMENTS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 20-1228-CFC/JLH ) |
| XILINX, INC., | ) ) |
| Defendant. | ) |
| WSOU INVESTMENTS, LLC, | ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 20-1229-CFC/JLH ) |
| XILINX, INC., | ) ) |
| Defendant. | ) |
| WSOU INVESTMENTS, LLC, | ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 20-1231-CFC/JLH ) |
| XILINX, INC., | ) ) |
| Defendant. | ) |

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 20-1232-CFC/JLH |
| | ) | |
| XILINX, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| WSOU INVESTMENTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 20-1233-CFC/JLH |
| | ) | |
| XILINX, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF REFERENCE**

At Wilmington this 4th day of March, 2021, pursuant to 28 U.S.C. § 636(b);

IT IS ORDERED that the above-captioned cases are hereby referred to Magistrate Judge Jennifer L. Hall to hear and resolve all pretrial matters up to and including expert discovery matters (but not summary judgment motions, Daubert motions, or pre-trial motions in limine). The above caption shall be used in all subsequent filings in this case.

_____
United States District Judge